```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN -7 2025

    CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case no. 2:25-mj-00009-BNW |
| HOMERO ROSAS-SANCHEZ, | ) |
| Defendant. | ) **ORDER** |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 7th day of January, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE