RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Homero Rosas-Sanchez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOMERO ROSAS-SANCHEZ,<br><br>　　　　　　Defendant. | Case No. 2:25-mj-00009-BNW-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Homero Rosas-Sanchez, that the Preliminary Hearing currently scheduled on April 21, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　The parties have entered into a plea agreement. For both parties to receive the benefit of the bargain, the parties request the preliminary hearing be continued.

　　　　2.　　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　　The parties agree to the continuance.

1   This is the second request for a continuance of the preliminary hearing.

2   DATED 15th day of April, 2025.

4   RENE L. VALLADARES
    Federal Public Defender

    SIGAL CHATTAH
    United States Attorney

6   By */s/ Benjamin F. J. Nemec*
    BENJAMIN F. J. NEMEC
    Assistant Federal Public Defender

    By */s/ Clay Plummer*
    CLAY PLUMMER
    Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOMERO ROSAS-SANCHEZ,<br><br>　　　　Defendant. | Case No. 2:25-mj-00009-BNW-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, April 21, 2025 at 4:00 p.m., be vacated and continued to __July 21, 2025__ at the hour of __4__ : __00__ __p__ .m.; or to a time and date convenient to the court.

　　DATED this _16_ day of April, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE